Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 0 2019

JAMES N. HATTEN, Clerk
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Atlanta District of Georgia

Northern Division

Case No. **1  19-CV-5551**

*(to be filled in by the Clerk's Office)*

Diamond Janae Welmaker

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☐ Yes  ☒ No

Steven T. Mnuchin, Secretary of the Treasury

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Diamond Welmaker |
| Address | 2881 Lithia Place |
| | Lithia Springs            GA            30122 |
| | *City*            *State*            *Zip Code* |
| County | Douglasville |
| Telephone Number | (770) 778-1240 |
| E-Mail Address | Diamond23.Welmaker@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Steven T. Mnuchin |
| Job or Title *(if known)* | Secretary of the Treasury |
| Address | 1500 Pennsylvania Avenue N.W. |
| | Washington            DC            20220 |
| | *City*            *State*            *Zip Code* |
| County | |
| Telephone Number | (202) 622-1160 |
| E-Mail Address *(if known)* | steven.t.mnuchin@irs.gov |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kevin L Parker |
| Job or Title *(if known)* | Operation Manager |
| Address | 2385 Chamblee Tucker Rd |
| | Chamblee            GA            30341 |
| | *City*            *State*            *Zip Code* |
| County | Dekalb |
| Telephone Number | 470-769-3568 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Diamond Welmaker | | |
| Address | 2881 Lithia Place | | |
| | Lithia Springs | GA | 30122 |
| | *City* | *State* | *Zip Code* |
| County | Douglasville | | |
| Telephone Number | (770) 778-1240 | | |
| E-Mail Address | Diamond23.Welmaker@gmail.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Steven T. Mnuchin | | |
| Job or Title *(if known)* | Secretary of the Treasury | | |
| Address | 1500 Pennsylvania Avenue N.W. | | |
| | Washington | DC | 20220 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | (202) 622-1160 | | |
| E-Mail Address *(if known)* | steven.t.mnuchin@irs.gov | | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Kevin L Parker | | |
| Job or Title *(if known)* | Operation Manager | | |
| Address | 2385 Chamblee Tucker Rd | | |
| | Chamblee | GA | 30341 |
| | *City* | *State* | *Zip Code* |
| County | Dekalb | | |
| Telephone Number | 470-769-3568 | | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| E-Mail Address *(if known)* | kevin.l.parker@irs.gov |

☐ Individual capacity  ☒ Official capacity

**Defendant No. 3**

| Name | Terrall E. Zellner |
| Job or Title *(if known)* | Departmentt Manager |
| Address | 2385 Chamblee Tucker Rd |
| | Chamblee | GA | 30341 |
| | *City* | *State* | *Zip Code* |
| County | Dekalb |
| Telephone Number | 470-769-3604 |
| E-Mail Address *(if known)* | terrall.e.zellner |

☐ Individual capacity  ☒ Official capacity

**Defendant No. 4**

| Name | Latina Mayfild-Holloway |
| Job or Title *(if known)* | Manager |
| Address | 2385 Chamblee Tucker Rd |
| | Chamblee | GA | 30341 |
| | *City* | *State* | *Zip Code* |
| County | Dekalb |
| Telephone Number | 470-769-3851 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My civil right to be treated fairly and receive equal treatment afforded to other employees employed by IRS.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

At the Internal Revenue Services located 2385 Chamblee Tucker Rd Chamblee, Ga 30341

B.      What date and approximate time did the events giving rise to your claim(s) occur?

Starting December 2017 until March 31, 2018

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I was terminated by Terrall Zellner Department Manager (DM) without due process of my grievance filed in Janurary 2018. A formal meeting through streamlined process was never held for presenting evidence for the denial of my part time request. My grivance was deliberately disregard because management refuse to follow proper protocol. It has been past practice for the employer to recognize that career employment is appropriate for employees that are students who must finance their own education and training. I was retaliated against and terminated based on conduct that did not adversly affect my job performance or the performance of others. There were 21 other employees in my team that could take leave at their discretion. However, my manager Latina Mayfield-Holloway would not approve my leave request. She would deny my request at the direction of the DM. I was charged AWOL despite the fact that I had leave so that the DM would have grounds to terminate. The disparate treatment was humiliating and unwarranted. Management disregarded the NTEU contact and Anti Harrassment Policy.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I'm seek actual damages in the amount of $100,000.00, for back pay, overtime, and compensatory and punitive damages. IRS management officials intentional set up a plan of action to cause me harm. It was an insensitive and callous act that derived from me wanting to pursue a master degree. The punitive damages I'm seeking include a reimbursement of tuition and fee's. The work stress and persecution I was under at work caused me to not preform at my fullest potential during Spring and Summer semester of 2018. I was in the master's program and in order to stay in the program I had to maintain a"B" avaregae or higher. Due to the mental stress I was under at work that was affecting my personal life my grades declined and I received two "C's". Due to the decline in my grades I was suspended for a semester and had to re-apply to get back into the Master's Program. The $6,000.00, I spent out of pocket for tuition and fees was lost because I had to take additional class to bring up my GPA in order to stay in the program. The work stress caused major changes in my personal and school life. I was shocked and confused as to how I had been treated so badly for no apparent reason. I was sad and depressed because I was jobless, kick out of graduate school and relying on my family for shelter and basic needs to survive and not be homeless. I had uncontrollable crying spells for a year whenever I reflected on the unfair treatment I received while working at IRS. It's now two years later and I still can't control my emotions when I think about the mistreatment I received. This was my first life experience of how cruel and unjust people can be. Management disregarded policy and procedures just to prove a point to me that they were in authority over me and therefore could do whatever they wanted to and I would have to live with the aftermath.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/10/19

Signature of Plaintiff    *Diamond Welmaker*

Printed Name of Plaintiff    Diamond Janae Welmaker

### B.    For Attorneys

Date of signing:

Signature of Attorney

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address